■ LUCA IACAMPO et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 86220.) [642 NYS2d 843] —Order unani-

mously affirmed without costs for the reasons stated in decision at Court of Claims, NeMoyer, J. (Appeal from Order of Court of Claims, NeMoyer, J.—Labor Law.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.